LOUIS BERGER et al., Doing Business as J. B. EXPRESS Co., Respondents, v. 34TH STREET GARAGE, INC., Appellant.— Order unanimously modified so as to allow service of amended answer setting forth proposed second and fifth affirmative defenses and, as so modified, affirmed. In our opinion these proposed defenses are proper. Settle order on notice. Present — Dore, J. P., Cohn, Breitel and Bergan, JJ.

In the Matter of UNITED SECURITY CORPORATION, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent, and GRACE MATHIEU, Intervener, Respondent.— Order unanimously modified by reinstating the conditions stated in the order of the Administrator of September 25, 1951, which confirmed a determination of the local administrator allowing elevator conversion on condition that twenty-four-hour lobby attendant service be maintained by the landlord at the Riverside Drive entrance to the building, and sixteen-hour service at the 115th Street entrance and, as so modified, affirmed, with $20 costs and disbursements to the appellant. We are of opinion this more substantially equals the service rendered before the conversion and it had landlord's contemporary acquiescence as a condition of conversion. Settle order on notice. Present — Dore, J. P., Cohn, Breitel and Bergan, JJ.

RICHARD T. LEONARD, as Secretary-Treasurer of the Insurance and Allied Workers Organizing Committee, C.I.O., an Unincorporated Association, et al., Appellants, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY et al., Respondents.— The complaint was properly dismissed; it alleged no current justiciable controversy. Judgment and orders unanimously affirmed, with costs to the defendants-respondents. Present — Peck, P. J., Dore, Cohn, Breitel, and Bergan, JJ.